McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANA MARIA MALDONADO, | ) | 1:04-CV-06627 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND, SIX HUNDRED AND FIFTY DOLLARS ($3,650.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a

complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: November 27, 2006  /s/ Joel D. Leidner
JOEL D. LEIDNER
Attorney for Plaintiff

/s/ Allan P. Cohan
Dated: November 17, 2006  ALLAN P. COHAN
Attorney for Plaintiff

Dated: November 28, 2006  McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 29, 2006**          /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

2